AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DRONE-CONTROL LLC <br> *Plaintiff(s)* <br> v. <br> MIAMI LABS, INC. dba OpenStore <br> *Defendant(s)* | Civil Action No. 23-CV-22541 MARTINEZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MIAMI LABS, INC. dba OpenStore
c/o Cogency Global Inc., Registered Agent
115 North Calhoun Street
Suite 4
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Marcos Daniel Jiménez
Léon Cosgrove Jiménez, LLP
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: (305) 570-3249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 10, 2023   _____



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts